396 A.2d 853

Commonwealth v. Ward, Appellant.
Petition for Allowance of Appeal Denied April 5, 1979.

Submitted December 6, 1977. Harris S. Pasline, for appellant; Michael Vedomsky, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.